**Jon Randall COPE, Plaintiff–Appellant,**

v.

**CITY OF PHOENIX, Defendant–Appellee.**

No. 04–15003.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2005.*

Decided Nov. 7, 2005.

Joseph P. Rocco, Esq., Phoenix, AZ, for Plaintiff-Appellant.

---

* The Honorable Cormac J. Carney, United States District Judge for the Central District of California, sitting by designation.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

David F. Gaona, Esq., Gaona Law Firm National Bank Plaza, Phoenix, AZ, for Defendant-Appellee.

Before: BEEZER and KOZINSKI, Circuit Judges, and CARNEY,** District Judge.

MEMORANDUM ***

Jon Cope appeals the district court's summary judgment in favor of the City of Phoenix in Mr. Cope's action alleging that the City violated his rights under the Family and Medical Leave Act ("FMLA"), Pub.L. No. 103-3, 107 Stat. 6 (1993)(codified at 29 U.S.C. §§ 2601-2654), by discharging him from the Phoenix Police Department while he was allegedly suffering from depression. The district court properly granted summary judgment in favor of the City because Mr. Cope failed to notify the City prior to the time it made its decision to discharge him that he was seeking FMLA leave. *See* 29 C.F.R. §§ 825.302–.303. In any event, Mr. Cope has not demonstrated that, at the time of his discharge, he was suffering from a "serious health condition" entitling him to FMLA leave. *See* 29 U.S.C. § 2612(a)(1)(D); 29 C.F.R. § 825.114; *Scamihorn v. Gen. Truck Drivers*, 282 F.3d 1078, 1084–85 (9th Cir.2002).

**AFFIRMED.**

** The Honorable Cormac J. Carney, United States District Judge for the Central District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.